# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

LISA K. GINN,                    Civil No. 10-0518 (JRT/JSM)

                Plaintiffs,

v.                                **ORDER OF DISMISSAL**

PETSMART, INC.,

                Defendant.
_____

Paul Iversen and Richard Williams, Jr., **WILLIAMS & IVERSEN**, 2400 County Road D West, Suite 110, Roseville, MN 55113, for plaintiff.

Jodie Weinstein and Kathryn Mrkonich Wilson, **LITTLER MENDELSON, PC,** 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: September 9, 2010
at Minneapolis, Minnesota.                         s/ John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                     United States District Judge